JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE LOPEZ, BREANNA LOPEZ, GABRIELE LOPEZ, JOSEPH LOPEZ, AND C.L., a minor, by and through her guardian ad litem Sonia Trujillo, individually and as successors in interest to FRANK DARIO LOPEZ, deceased,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES,<br><br>　　　　Defendants. | Case No.: 2:19-cv-10396-JFW-E<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: May 6, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　　United States District Judge

- 1 -

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE